The People of the State of New York, Respondent, v. John Rogers, Appellant.— Judgment of conviction and order denying motion for a new trial affirmed.

No opinion. Hirschberg, P. J., Woodward, Jenks, Gaynor and Rich, JJ., concurred.